1
2
3
4
5
6
7
8

### UNITED STATES DISTRICT COURT

9

### CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10
11

| | |
|---|---|
| 12 MICHELLE RODGERS, an individual | Case No.: 5:24-cv-00003 KK(SHKx) |
| 13          Plaintiff, | **ORDER TO DISMISS ACTION** |
| 14    vs. | **WITH PREJUDICE** |
| 15 UNITED STATES OF AMERICA, TEMECULA VALLEY ADVANCED | |
| 16 IMAGING TEMECULA PARKWAY, VALLEY OB-GYN MEDICAL GROUP, | |
| 17 INC., TABITA WRIGHT M.D., and DOES 1 through 300, Inclusive, | |
| 18 | |
| 19      Defendants. | |

20

21     IT IS HEREBY ORDERED that the above-captioned action is dismissed with

22 prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

23 Procedure, each side to bear its own costs, fees, and expenses.

24 DATED:  August 29, 2025

25

26               HONORABLE KENLY KIYA KATO

27               UNITED STATES DISTRICT JUDGE

28